# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:11MJ3053 |
| vs. | ) | DETENTION ORDER |
| JEREMY TYRELL GULLY, | ) | COMPLAINT |
| Defendant. | ) | |

**IT IS ORDERED,**

1) The above-named defendant shall be detained until further order because, based on the defendant's personal and criminal history as set forth in the pretrial services report, the court finds by clear and convincing evidence that releasing the defendant will pose a risk of danger to the community and a risk of flight.

2) A preliminary hearing will be held on **November 18, 2011 at 10:30 AM** before the undersigned magistrate judge. Counsel for the government, defense counsel, and the defendant shall attend the hearing.

November 14, 2011

BY THE COURT:

*s/Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge